# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VERONICA VALENTINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:16CV131 |
| | ) | |
| 8 UNKNOWN JANE - JOHN DOE | ) | ORDER |
| OMAHA POLICE OFFICERS, | ) | |
| LISA VILLWOK, #1764, and | ) | |
| JENNIFER HANSEN, #1585, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| VERONICA VALENTINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:16CV174 |
| | ) | |
| CITY OF OMAHA, CHIEF OF | ) | ORDER |
| OMAHA POLICE SCHMADER, | ) | |
| UNKNOWN JOHN JANE DOE | ) | |
| POLICE, LISA VILLWOK, #1764, | ) | |
| and JENNIFER   HANSEN, #1585, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a Motion (Case No. 8:16CV131, Filing No. 30; Case No. 8:16CV174, Filing No. 32) requesting that the Court direct the defendants to comply with their obligation to meet and confer to provide a report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.   Plaintiff asserts that counsel for the defendants did not appear at their prearranged meeting and requests the Court hold the defendants in contempt.

1

Conversely, the defendants assert Plaintiff is the party who failed to appear at their scheduled meeting.  (Case No. 8:16CV131, Filing No. 28; Case No. 8:16CV174, Filing No. 30).

Per the Court's text order dated November 23, 2016, the deadline to file the joint report under Rule 26(f) was extended to January 30, 2017.  Both parties have a duty to meet and confer and provide a joint report under Rule 26(f) on or before that deadline.  The Court is confident the parties will be able to arrange a time to meet and confer before the January 30, 2017, deadline, without the Court's intervention.   Accordingly,

**IT IS ORDERED:**   Plaintiff's Motion (Case No. 8:16CV131, Filing No. 30; Case No. 8:16CV174, Filing No. 32) is denied.

**DATED:   November 28, 2016.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**
