# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VERONICA VALENTINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **8:16CV131** |
| | ) | |
| 8 UNKNOWN JANE - JOHN DOE | ) | **ORDER** |
| OMAHA POLICE OFFICERS, | ) | |
| LISA VILLWOK, #1764, and | ) | |
| JENNIFER HANSEN, #1585, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| VERONICA VALENTINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **8:16CV174** |
| | ) | |
| CITY OF OMAHA, CHIEF OF | ) | **ORDER** |
| OMAHA POLICE SCHMADER, | ) | |
| UNKNOWN JOHN JANE DOE | ) | |
| POLICE, LISA VILLWOK, #1764, | ) | |
| and JENNIFER   HANSEN, #1585, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Appeal (Case No. 8:16CV131, Filing No. 33; Case No. 8:16CV174, Filing No. 35) and Motion for Leave to Appeal in Forma Pauperis (Case No. 8:16CV131, Filing No. 34; Case No. 8:16CV174, Filing No. 36). Plaintiff states she is appealing the undersigned magistrate judge's text order entered on November 23, 2016 (Case No. 8:16CV131, Filing No. 29; Case No. 8:16CV174, Filing

1

No. 31), which extended the deadline for the parties to file a joint report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

This district's local rules provides the review process for a party to object to a magistrate judge's order in a nondispositive matter.   See NECivR 72.2(a).   Plaintiff need not pay any filing fee in association with a statement of objections.   The court will deem Plaintiff's "appeal" as an objection to the undersigned magistrate judge's nondispositive text order, and deny her motion to proceed in forma pauperis on appeal as moot. Accordingly,

**IT IS ORDERED**:

1.      The Clerk of Court shall amend the docket to reflect Plaintiff's Appeal (Case No. 8:16CV131, Filing No. 33; Case No. 8:16CV174, Filing No. 35) is an objection to the undersigned magistrate judge's nondispositive text order dated November 23, 2016 (Case No. 8:16CV131, Filing No. 29; Case No. 8:16CV174, Filing No. 31).

2.      The plaintiff's Motion for Leave to Appeal in Forma Pauperis (Case No. 8:16CV131, Filing No. 34; Case No. 8:16CV174, Filing No. 36) is denied as moot.

3.      Defendant may respond to the objection on or before December 14, 2016.

**DATED:   December 8, 2016.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**

2