# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VERONICA VALENTINE,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | 8:16CV131 |
| **8 UNKNOWN JANE - JOHN DOE OMAHA POLICE OFFICERS, LISA VILLWOK, #1764, and JENNIFER HANSEN, #1585,** | ) ) ) ) ) ) ) | ORDER |
| **Defendants.** | ) ) | |

| | | |
|---|---|---|
| **VERONICA VALENTINE,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | 8:16CV174 |
| **CITY OF OMAHA, CHIEF OF OMAHA POLICE SCHMADER, UNKNOWN JOHN JANE DOE POLICE, LISA VILLWOK, #1764, and JENNIFER HANSEN, #1585,** | ) ) ) ) ) ) ) ) | ORDER |
| **Defendants.** | ) | |

This matter comes before the court on Plaintiff's motions to appoint counsel (Case No. 8:16CV131, Filing Nos. 35 and 37; Case No. 8:16CV174, Filing Nos. 37 and 39).

Plaintiff is proceeding pro se in this matter. "Indigent civil litigants do not have a constitutional or statutory right to appointed counsel." *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996). Trial courts have "broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel, taking into account the factual

1

and legal complexity of the case, the presence or absence of conflicting testimony, and the plaintiff's ability to investigate the facts and present his claim." *Id.* Having considered the above factors, the court finds that appointment of counsel is not warranted.

**IT IS ORDERED:** Plaintiff's motions to appoint counsel (Case No. 8:16CV131, Filing Nos. 35 and 37; Case No. 8:16CV174, Filing Nos. 37 and 39) are denied.

**DATED:** December 8, 2016.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**