IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VERONICA VALENTINE,** | ) | Case No. 8:16CV131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER SETTING** |
| | ) | **SCHEDULE FOR** |
| **8 UNKNOWN JANE-JOHN DOE** | ) | **PROGRESSION OF CASE** |
| **OMAHA POLICE OFFICERS, LISA** | ) | |
| **VILLWOK, #1764, and** | ) | |
| **JENNIFER HANSEN, #1585,** | ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| **VERONICA VALENTINE,** | ) | Case No. 8:16CV174 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER SETTING** |
| | ) | **SCHEDULE FOR** |
| | ) | **PROGRESSION OF CASE** |
| **CITY OF OMAHA, CHIEF OF** | ) | |
| **OMAHA POLICE SCHMADERER,** | ) | |
| **UNKNOWN JOHN JANE DOE** | ) | |
| **POLICE, LISA VILLWOK, #1764,** | ) | |
| **and JENNIFER HANSEN, #1585,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In order to progress this case to final resolution:

**IT IS ORDERED:**

1. All depositions, whether or not they are intended to be used at trial, shall be completed by **April 27, 2017**. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served on or before **February 20, 2017**.

2. All **motions to amend the pleadings** shall be filed on or before **March 30, 2017**. The parties must comply with the provisions of NECivR 15.1 when moving to amend the pleadings.

3. **Motions to compel discovery** shall be filed on or before **May 11, 2017**. The parties must comply with the provisions of NECivR 7.1(i) before filing a motion to compel.

4. **Dispositive Motions.** All dispositive motions shall be filed on or before **May 30, 2017**. The parties must comply with the provisions of NECivR 7.1 and NECivR 56.1 when filing summary judgment motions.

5. **Pretrial Conference.**

   a. Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR 16.2(a)(2). The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order. The Order should be submitted to the plaintiff and to any other parties by **July 31, 2017**. The plaintiff shall provide additions and/or proposed deletions to Defense counsel by **August 14, 2017.** Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **August 28, 2017**. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

   b. The Final Pretrial Conference will be held before the assigned Magistrate Judge on **September 7, 2017, at 10:30 A.M.** Prior to the pretrial conference, all items as directed in NECivR 16.2 and full

preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

6. The trial date will be set by the assigned Magistrate Judge at the time of the Final Pretrial Conference.

7. The January 30, 2017, deadline for the Rule 26 Meeting Report is cancelled.

8. Plaintiff's Motion to Compel (Filing No. 54 in in Case No. 8:16CV131; Filing No. 55 in Case No. 8:16CV174) is denied, without prejudice.

9. Plaintiff's Motion requesting the court set a time to meet and confer under Fed. R. Civ. P. 26 (Filing No. 55 in Case No. 8:16CV131; Filing No. 56 in Case No. 8:16CV174) is denied as moot.

**DATED** this 20th day of January, 2017.

                              **BY THE COURT:**

                              **s/ F.A. Gossett, III**
                              **United States Magistrate Judge**