IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA VALENTINE,<br><br>            Plaintiff,<br><br>vs.<br><br>CHRIS BROWN, #1873; 8 UNKNOWN JANE - JOHN DOE OMAHA POLICE OFFICERS, THE CITY OF OMAHA, LISA VILLWOK, AND #1764; and JENNIFER HANSEN, #1585;<br><br>            Defendants; | 8:16CV131<br><br>MEMORANDUM AND ORDER |
| VERONICA VALENTINE,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, CHIEF OF OMAHA POLICE SCHMADER, UNKNOWN JOHN JANE DOE POLICE, LISA VILLWOK, AND #1764; and JENNIFER HANSEN, #1585;<br><br>            Defendants. | 8:16CV174<br><br>ORDER |

This matter is before the Court on the Clerk's IFP Memos (ECF No. 52 in Case No. 8:16cv131 and ECF No. 53 in Case No. 8:16cv174).

IT IS ORDERED:

The Plaintiff will not be granted permission to appeal in forma pauperis from the Court's denial of her motions for summary judgment, because the Memorandum and Order (ECF No. 47 in Case No. 8:16cv131 and ECF No. 49 in Case No. 8:16cv174) denying the motions is not a final order or judgment and is not subject to appeal.

Dated this 12th day of May, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge