IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA VALENTINE,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL KOZELICHKI, Lieutenant of Omaha Police, City of Omaha;<br><br>        Defendant. | 8:17CV236<br><br>REASSIGNMENT AND CONSOLIDATION ORDER |
| VERONICA VALENTINE,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRIS BROWN, #1873; 8 UNKNOWN JANE - JOHN DOE OMAHA POLICE OFFICERS, THE CITY OF OMAHA, LISA VILLWOK, AND #1764; and JENNIFER HANSEN, #1585;<br><br>        Defendants; | 8:16CV131<br><br>REASSIGNMENT AND CONSOLIDATION ORDER |
| VERONICA VALENTINE,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, CHIEF OF OMAHA POLICE SCHMADER, UNKNOWN JOHN JANE DOE POLICE, LISA VILLWOK, AND #1764; and JENNIFER HANSEN, #1585;<br><br>        Defendants. | 8:16CV174<br><br>REASSIGNMENT AND CONSOLIDATION ORDER |

    IT IS ORDERED that, in the interest of judicial economy, Case No. 17cv236 is reassigned to the undersigned district judge for disposition and assigned to Magistrate

Judge Nelson for judicial supervision and processing of all pretrial matters; and Case No. 17cv236 is hereby consolidated with the previously consolidated Case Nos. 16cv131 and 16cv174 as each involves substantially similar issues of law and fact.

Dated this 7th day of July, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge