IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA VALENTINE,<br><br>   Plaintiff,<br><br>vs.<br><br>LISA VILLWOK, #1764, and JENNIFER HANSEN, #1585,<br><br>   Defendants. | 8:16CV131<br><br>ORDER<br><br><br>8:16CV174<br><br>ORDER |
| VERONICA VALENTINE,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL KOZELICHKI, Lieutenant of Omaha Police, City of Omaha,<br><br>   Defendant. | 8:17CV236<br><br>ORDER |

  This matter is before the court on Plaintiff's Motion to Compel Discovery (Filing No. 88 in Case No. 8:16CV131; Filing No. 89 in Case No. 8:16CV174), filed on July 3, 2017. No defendant responded to the motion by the deadline of July 17, 2017, and thus the Court will consider the motion ripe for disposition.[1]

  Plaintiff moves the court to:

> [C]ompel the Defendant to comply with Plaintiff[']s discovery request to give her all the information[,] documentation and any all each and every record, paper, documents, whatever concerning any search of any females red yellow black white etc. We show that we served the Defendants with a discovery request over six months ago.

---

1 See NECivR 6.1 and 7.1(b) (Effective December 1, 2016).

(Filing No. 88 in Case No. 8:16CV131; Filing No. 89 in Case No. 8:16CV174). Plaintiff again did not file a brief or any other evidence or documentation with the above motion, which is quoted in its entirety.

Plaintiff's most recent discovery motion suffers from the same defects identified in this Court's previous Order dated June 14, 2017, denying a similar motion. See Filing No. 81 in Case No. 8:16CV131 (denying motion to compel for failure to comply with local or federal rules). Plaintiff has not attempted to cure any of the previously cited deficiencies in her motion.

Additionally, Plaintiff's motion is untimely under this Court's January 20, 2017, Order Setting Schedule for Progression of Case. The deadline for parties to file motions to compel discovery was May 11, 2017. (Filing No. 57 in Case No. 8:16cv131). Plaintiff did not request an extension of time to file the instant motion. See *Russell v. Am. Airlines*, 2009 WL 2225814, at *1 (D. Neb. July 23, 2009) (denying pro se plaintiff's motion to compel filed one month after deadline where plaintiff did not request additional time in which to serve discovery or file motion to compel).

Plaintiff did not comply with local or federal rules for requesting discovery and filing discovery motions, and her motion is untimely under this Court's previous order. As such, the Court finds her motion should be denied. Accordingly,

**IT IS ORDERED:** Plaintiff's Motion to Compel Discovery (Filing No. 88 in Case No. 8:16CV131; Filing No. 89 in Case No. 8:16CV174) is denied.

Dated this 20th day of July, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

**ADMONITION**

A party may object to a magistrate judge's order by filing an objection within fourteen (14) days after being served with a copy of the order. See NECivR 72.2(a). Failure to timely object may constitute a waiver of any objection.