IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA VALENTINE,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRIS BROWN, #1873; 8 UNKNOWN JANE - JOHN DOE OMAHA POLICE OFFICERS, THE CITY OF OMAHA, LISA VILLWOK, AND #1764; and JENNIFER HANSEN, #1585;<br><br>        Defendants; | 8:16CV131<br><br>MEMORANDUM AND ORDER |
| VERONICA VALENTINE,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, CHIEF OF OMAHA POLICE SCHMADER, UNKNOWN JOHN JANE DOE POLICE, LISA VILLWOK, AND #1764; and JENNIFER HANSEN, #1585;<br><br>        Defendants. | 8:16CV174<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Plaintiff's Notice of Appeal, ECF No. 96, and the Clerk's IFP Memo, ECF No. 97.

Plaintiff Veronica Valentine's Notice of Appeal is in effect an objection to the Magistrate Judge's Order, ECF No. 95, denying her Motion to Compel Discovery, ECF No. 89. The Notice of Appeal is not an appeal to the United States Court of Appeals for the Eighth Circuit, nor would it be a proper subject for such an appeal.

The Plaintiff's Notice of Appeal, construed as an objection to the Magistrate Judge's Order denying her Motion to Compel discovery, will be denied. The Magistrate Judge's Order was neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a).

IT IS ORDERED:

The Plaintiff's Notice of Appeal, ECF No. 96, is construed as an objection to the Magistrate Judge's Order, ECF No. 95, and the objection is denied.

Dated this 8th day of August, 2017

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge