IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| VERONICA VALENTINE, | 8:16CV131 |
| --- | --- |
| Plaintiff, | ORDER |
| vs. | |
| LISA VILLWOK, #1764; and JENNIFER HANSEN, #1585; | 8:16CV174 |
| Defendants. | ORDER |

This matter is before the Court on Plaintiff's Motion filed on August 29, 2017, requesting that the undersigned magistrate judge recuse himself in this matter. (Filing No. 106 in Case No. 8:16CV131; Filing No. 107 in Case No. 8:16CV174). "A party introducing a motion to recuse carries a heavy burden of proof; a judge is presumed to be impartial and the party seeking disqualification bears the substantial burden of proving otherwise." *In re Steward*, 828 F.3d 672, 682 (8th Cir. 2016) (quoting *Fletcher v. Conoco Pipe Line Co.*, 323 F.3d 661, 664 (8th Cir. 2003)). Having reviewed Plaintiff's motion, the undersigned magistrate judge finds no basis upon which he should recuse himself in this matter. See 28 U.S.C. § 455(a). Accordingly,

**IT IS ORDERED:** Plaintiff's Motion (Filing No. 106 in Case No. 8:16CV131; Filing No. 107 in Case No. 8:16CV174) is denied.

Dated this 30th day of August, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

**ADMONITION**

A party may object to a magistrate judge's order by filing an objection within fourteen (14) days after being served with a copy of the order. See NECivR 72.2(a). Failure to timely object may constitute a waiver of any objection.