IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA VALENTINE,<br><br>        Plaintiff,<br><br>vs.<br><br>LISA VILLWOK, #1764; and JENNIFER HANSEN, #1585;<br><br>        Defendants. | 8:16CV131<br><br>**ORDER**<br><br><br>8:16CV174<br><br>**ORDER** |

This matter is before the Court following the telephone conference held with counsel for both parties on December 14, 2017. Cathy Trent-Vilim appeared for Plaintiff and Timothy G. Himes, Sr. appeared on behalf of Defendants. The Court discussed the parties' pending motions and recent filings. In accordance with the discussion held with counsel, and for the reasons stated on the record,

**IT IS ORDERED:**

1. Plaintiff's Motion to Amend Complaint (Filing No. 136 in Case No. 8:16CV131 and Filing No. 133 in Case No. 8:16CV174) is granted. Plaintiff shall file her Second Amended Complaint on or before December 15, 2017.[1] Defendants shall file an answer on or before December 29, 2017.

2. Plaintiff's Motion to Compel, for Rule 37 Sanctions and for an Expedited Ruling (Filing No. 138 in Case No. 8:16CV131 and Filing No. 135 in Case No. 8:16CV174) is granted, in part, in accordance with the parties' discussion and the Court's directions during the telephone conference. Defendants shall provide supplemental verified answers to interrogatories and responses to requests for production of documents on or before December 22, 2017. Plaintiff's request for sanctions is denied, without prejudice, as discussed during the telephone conference.

---

[1] The Court notes that as of the filing of this Order, Plaintiff has filed the Second Amended Complaint in Case No. 8:16cv131, but not the member case.

3. Defendants' Motion to Continue (Filing No. 142 in Case No. 8:16CV131 and Filing No. 139 in Case No. 8:16CV174) is denied.

4. Plaintiff must identify any expert witness by December 22, 2017. If Plaintiff discloses an expert witness, Defendant may identify a rebuttal expert witness on or before January 12, 2018.

5. Motions to Alter Dates. All requests for changes of deadlines or settings established herein shall be directed to the assigned magistrate judge by appropriate motion, including all requests for changes of trial dates. Such motions shall not be considered in the absence of a showing by counsel of due diligence in the timely development of this case for trial and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed. The Court will approve a stipulated motion to continue deadlines.

Dated this 14th day of December, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

## ADMONITION

A party may object to a magistrate judge's order by filing an objection within fourteen (14) days after being served with a copy of the order. See NECivR 72.2(a). Failure to timely object may constitute a waiver of any objection.