IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA VALENTINE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LISA VILLWOK, #1764; and JENNIFER ) <br> HANSEN, #1585, ) <br> ) <br> Defendants. ) | CASE NO. 8:16CV131 (LEAD CASE) <br> CASE NO. 8:16CV174 (MEMBER CASE) <br> CASE NO. 8:17CV236 (MEMBER CASE) <br><br> **PLAINTIFF'S WITNESS LIST** |

COMES NOW Plaintiff, Veronica Valentine ("Plaintiff"), and hereby identifies those witnesses who may be called to testify at trial, subject to supplementation:

| **WITNESS** | **WILL CALL/ MAY CALL** | |
|---|---|---|
| Veronica Valentine | Will Call | Plaintiff |
| Lisa Villwok | May Call | Defendant/OPD Officer |
| Jennifer Hansen | May Call | Defendant/OPD Officer |
| Antoinette Belle | May Call | Expert Witness |
| Tyneish Haynes | May Call | In residence at time search warrant was served |
| Charmaine Reese | May Call | In residence at time search warrant was served |
| Devon Nash | May Call | Plaintiff's son, In residence at time search warrant was served |
| Jayshawn Valentine | May Call | Plaintiff's son, in residence at the time search warrant was served |
| William Willis | May Call | In home at time search warrant was served |
| Christopher Brown | May Call | OPD Officer |
| George Collins | May Call | OPDSergeant |
| David Bianchi | May Call | OPD Sergeant |

| Any witnesses listed by Defendants in this action. | May Call | |
|---|---|---|
| Any witnesses necessary for foundational examination. | May Call | |
| Any witnesses necessary for impeachment or rebuttal. | May Call | |

Respectfully submitted,

VERONICA VALENTINE, Plaintiff

By: s/ Cathy S. Trent-Vilim
    Cathy Trent-Vilim, #22489
    LAMSON, DUGAN & MURRAY, LLP
    10306 Regency Parkway Drive
    Omaha, NE 68114
    Tel: (402) 397-7300
    Fax: (402) 397-7824
    ctrent-vilim@ldmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2018, I filed the foregoing Plaintiff's Witness List with the United States District Court for the District of Nebraska utilizing the CM/ECF filing system, which sent electronic notice to the following counsel of record:

Timothy G. Himes, Sr.
Assistant City Attorney
1819 Farnam Street, Suite 804
Omaha, NE 68183
(402) 444-5115
Timothy.himes@cityofomaha.org
*Attorneys for City Defendants*

and a hard copy was sent to the following party via regular United States first class mail, postage prepaid:

Veronica Valentine
6112 Jaynes Street
Omaha, NE 68104

    s/ Cathy S. Trent-Vilim
    Cathy S. Trent-Vilim