IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA VALENTINE,<br><br>        Plaintiff,<br><br>vs.<br><br>LISA VILLWOK, #1764; and JENNIFER HANSEN, #1585;<br><br>        Defendants. | 8:16CV131<br><br>**ORDER**<br><br>8:16CV174<br><br>**ORDER** |
| VERONICA VALENTINE,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL KOZELICHKI,<br>Lieutenant of Omaha Police, City of Omaha,<br><br>        Defendant. | 8:17CV236<br><br>**ORDER** |

This matter is before the Court on the Motion to Withdraw as Counsel for Plaintiff and Motion for Expedited Hearing and Resolution (Filing No. 176 in Case No. 8:16cv131; Filing No. 172 in Case No. 8:16cv174; Filing No. 18 in Case No. 8:17cv236) filed by Cathy Trent-Vilim, court-appointed counsel for Plaintiff, Veronica Valentine. The Court held a telephone conference on January 26, 2018, with Cathy Trent-Vilim and Veronica Valentine to discuss the motion to withdraw. Ms. Valentine does not oppose the motion and requests to proceed *pro se*. For the reasons stated on the record, and in accordance with Ms. Valentine's representations, Ms. Trent-Vilim shall be permitted to withdraw as counsel for Ms. Valentine in the above cases. Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel for Plaintiff and Motion for Expedited Hearing and Resolution (Filing No. 176 in Case No. 8:16cv131; Filing No. 172 in Case

No. 8:16cv174; Filing No. 18 in Case No. 8:17cv236) is granted.  Cathy Trent-Vilim is granted leave to withdraw as court-appointed counsel for Plaintiff, Veronica Valentine.

2. Ms. Trent-Vilim shall immediately serve a copy of this Order on Ms. Valentine and thereafter file proof of service showing compliance with this Order, listing the name and address where this Order was sent.  Ms. Trent-Vilim will not be relieved of applicable duties to the Court, Ms. Valentine, and opposing counsel until proof of service is filed.

3. Upon filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiff will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel enters a written appearance on her behalf.  If substitute counsel does not enter a written appearance, Plaintiff shall provide the Clerk of Court her current address and telephone number within five days of being served with this Order.

4. Plaintiff may retain substitute counsel at any time.  However, until such time as substitute counsel enter a written appearance, Plaintiff must comply with all case progression deadlines, orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs, attorneys' fees, the entry of default judgment, and/or dismissal of the case.  **Plaintiff is reminded that only she or licensed counsel appearing on her behalf shall participate in the trial.**

5. Upon Ms. Trent-Vilim's submission of proof of service as described in Paragraph (2) of this Order, her appearance as counsel of record for Plaintiff will be terminated in each of the above cases.

6. **The Non-Jury trial** remains set to commence during the week of **February 20, 2018**, in Omaha, Nebraska, before the Honorable Laurie Smith Camp, Chief United States District Judge.

7. **The Final Pretrial Conference** set for **February 9, 2018**, before the undersigned magistrate judge is **canceled**.  In lieu of the pretrial conference, counsel for defendants shall email the undersigned magistrate judge with a copy of the parties' proposed Pretrial Order on or before February 9, 2018.

8. Pursuant to the express authorization of Chief Judge Smith Camp, and ¶ II.A.1.a of Amended Plan for the Administration of the Federal Practice Fund and the Federal Practice

Committee, the Clerk of Court shall disburse the additional fee of $1,000 to Cathy Trent-Vilim for her services as appointed counsel in this case.

Dated this 29th day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge