FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 JAN 29 PM 12:50
OFFICE OF THE CLERK

United State District Court Nebraska

Valentine
v.
Brown

Case # CV16 131/174

Written Demand for Settlement

We Demand $100,000,000.00 if we go to trial, but will settle for $50,000,000.00.

1-29-18

Veronica Valentine
6112 Jaynes St
Omaha Nebr 68104

Certificate of Service
I do hereby certify that a true and correct copy of the

1.)

foregoing written Demand for settlement was hand delivered to Attorney Himes Sr at his office 1701 Farnam, Omaha Nebr 68183, on this 29th day of January 2018., By "Veronica Valentine," the undersigned.

Veronica Valentine

2)

RECEIVED
LAW DEPARTMENT
2018 JAN 29 PM 1:29