IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA VALENTINE,<br><br>        Plaintiff,<br><br>vs.<br><br>LISA VILLWOK, #1764; and JENNIFER HANSEN, #1585;<br><br>        Defendants. | 8:16CV131<br><br>**ORDER**<br><br><br><br>8:16CV174<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Second Motion to Compel, for Rule 37 Sanctions and for an Expedited Hearing or Ruling (Filing No. 186 in Case No. 8:16CV131 and Filing No. 182 in Case No. 8:16CV174).[1] After the motion was filed, on February 5, 2018, counsel for Defendants filed a Notice of Serving Second Supplemental Discovery Responses on Plaintiff, pro se. (Filing No. 208 in Case No. 8:16CV131). Defense counsel represents that he has now provided all requested discovery to Plaintiff with this supplemental production. (Filing No. 209 in Case No. 8:16CV131). Defense counsel explained the delay was caused by acute health problems and lack of support staff. Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Second Motion to Compel, for Rule 37 Sanctions and for an Expedited Hearing or Ruling (Filing No. 186 in Case No. 8:16CV131 and Filing No. 182 in Case No. 8:16CV174) is denied.

2. Defendants' Motion to Seal (Filing No. 190 in Case No. 8:16CV131 and Filing No. 186 in Case No. 8:16CV174) is denied as moot.

Dated this 12th day of February, 2018.

---

[1] The instant motion was filed by Plaintiff's court-appointed attorney prior to her withdrawal from her representation of Plaintiff.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge