# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA VALENTINE,<br><br>        Plaintiff,<br><br>vs.<br><br>LISA VILLWOK, #1764; and JENNIFER HANSEN, #1585;<br><br>        Defendants. | 8:16CV131<br><br>8:16CV174<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis. ECF No. 226 in Case No. 8:16cv131 and ECF No. 221 in Case No. 8:16cv174.[1] Judgment was entered in favor of the Defendants, Lisa Villwok and Jennifer Hansen, on February 21, 2018. ECF No. 220. Plaintiff filed a timely Notice of Appeal on February 22, 2018. ECF No. 224. Plaintiff is a non-prisoner who was previously granted leave to proceed in forma pauperis in this matter. ECF Nos. 5, 7, 14. As set forth in Federal Rule of Appellate Procedure 24(a)(3):

> A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
> > (A) the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
> >
> > (B) a statute provides otherwise.

---

[1] For the remainder of this Memorandum and Order, citations to the record will correspond with Case No. 8:16cv131, the lead case.

The Court finds that because Plaintiff proceeded in forma pauperis in the district court, she may now proceed on appeal in forma pauperis without further authorization. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion for Leave to Appeal in Forma Pauperis, ECF No. 226 in Case No. 8:16cv131 and ECF No. 221 in Case No. 8:16cv174, is granted; and

2. The Clerk of the court shall provide the Eighth Circuit Court of Appeals with a copy of this Memorandum and Order.

Dated this 28th day of February, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge