IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VERONICA VALENTINE, | ) | Case No: 8:16CV131 and 8:16CV174 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |
| LISA VILLWOK #1764 and JENNIFER HANSEN #1585 | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 30 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

(Defendant's exhibit numbers 100-103) / Non-Jury Trial / February 20, 2018)

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 30th day of October, 2018.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge